# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143520 & (25)(26)(27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ANTHONY SHEPHERD,
          Defendant-Appellant.

SC: 143520
COA: 300150
Wayne CC: 06-006534

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the June 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion to amend transcripts and arguments are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

h1219